UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nico Couture

    v.                                                Case No. 24-cv-370-SE

Jefferson Capital Systems

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 18, 2025 (doc. no. 25). For the reasons explained therein, the defendant's Motion to Dismiss for Failure to State a Claim (doc. no. 9) is denied.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: June 30, 2025

cc:   Nico Couture, pro se
       Counsel of Record